MESFREE REALTY CORPORATION, Respondent, *v.* HUYLER'S, Appellant.

Supreme Court, Appellate Term, First Department, November 28, 1934.

*Jerome Eisner* [*Henry I. Fillman* of counsel], for the appellant.

*Wilzin & Halperin* [*Michael Halperin* and *Robert Morris* of counsel], for the respondent.

PER CURIAM.   A lease may not be avoided by a tenant in possession solely because the landlord has failed to obtain a certificate of occupancy.   Something more must be shown — a violation of some provision which directly and substantially concerns the public health, safety and welfare.   (*Minton* v. *Schulte, Inc.*, 153 Misc. 195.)

Judgment and order affirmed, with costs.

All concur; present, LYDON, HAMMER and SHIENTAG, JJ.